```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| KALEEL WILSON | : | NO. 07-732-1 |

## ORDER

AND NOW, this 19th day of March, 2008, it is hereby ORDERED that:

(1) the motion of defendant Kaleel Wilson for early release of Jencks Act material (Doc. No. 50) is DENIED. The district court does not have the authority to compel production of the statements of government witnesses until conclusion of direct examination at the trial. 18 U.S.C. § 3500; <u>U.S. v. Murphy</u>, 569 F.2d 771, 773 (3d Cir. 1978); <u>U.S. v. Hill</u>, 976 F.2d 132, 139 (3d Cir. 1992);

(2) the motion of defendant Kaleel Wilson to exclude alleged co-conspirators' statements (Doc No. 51) is DENIED as moot; and

(3) the motion of defendant Kaleel Wilson for joinder in co-defendant's motions (Doc. No. 53) is GRANTED as unopposed.

BY THE COURT:

/s/ Harvey Bartle III
C.J.